UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALONZO SHAFFER,

        Plaintiff,

                                              CASE NO. 1:16-CV-883

v.

                                              HON. ROBERT J. JONKER

KALAMAZOO COUNTY SHERIFF
DEPARTMENT, et al.,

        Defendants.
_____/

## ORDER

The Court received a voicemail message from plaintiff Alonzo Shaffer on July 17, 2018. The message itself is about five minutes in length and addresses several issues of concern to Mr. Shaffer about the Court's handling of the case. In particular, Mr. Shaffer focuses on the allocation of responsibilities between the Magistrate Judge and the District Judge. The message also indicates that Mr. Shaffer intends to follow up his message with written communications to the Court, first "off the record," and then depending on the Court's response, "on the record."

The Court cannot have ex parte communications with any party to the case, whether oral or written. To the extent Mr. Shaffer has any concerns, objections or other things to say about issues in the case, he should put those things in proper form for filing on the record of the case. This will ensure that the Court, the public and all parties to the case are using and responding to the same information. It will also ensure that the constitutional, statutory, rule and order based allocation of responsibility between the Magistrate Judge and the District Judge are followed in the case.

The Court will file an electronic copy of the message so all parties have common access to the information.  The Court is providing this simply for purposes of information. If any party is seeking relief from the Court, or objecting to any aspect of the proceeding, that party must follow the normal rules and file an appropriate motion or other document on the record of the case.  The Court cannot and will not take action in response to voice mail messages or letters.


Dated:      July 19, 2018                    /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE